1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   WILLIAM RANDOLPH ADAMS,        )        CASE NO. SA CV 11-1533-DDP (PJW)
                                    )
11                    Petitioner,   )
                                    )        J U D G M E N T
12              v.                  )
                                    )
13   MATTHEW CATE,                  )
                                    )
14                    Respondent.   )
     _____)

15

16        Pursuant to the Order Accepting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20

21        DATED:     01/30/2013

22

23

24                                  _____
                                    DEAN D. PREGERSON
25                                  UNITED STATES DISTRICT JUDGE

26

27

28